# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| **Luciano Elizondo** | United States | Case Number: |
| YOB: 1991 | United States District Court<br>Southern District of Texas<br>FILED | M-21-1750  -M |
| YOB: | AUG 1 5 2021 | |
| | Nathan Ochsner, Clerk | |
| (Name and Address of Defendant) | | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 14, 2021** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Michel Ricardo Perez-Gonzalez, a citizen and national of Mexico, and Abdy Odet Poma-Alfaro, a citizen and national of Guatemala, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence in Rio Grande City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)   FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 14, 2021, the Rio Grande City Border Patrol Tactical Operations Center (TOC) notified Agents of an image of suspected illegal aliens captured by a sensor camera in the outskirts of a neighborhood in Rio Grande City, Texas. Half an hour later, an Agent arrived to investigate and observed foot sign of approximately six people walking to the back of a residential property. The Agent noticed the foot sign ended at the fence and continued into the property, indicating the subjects scaled the fence. The Agent discovered several pairs of shoes in the front porch. One of those shoes matched the shoes worn by one of the suspected aliens on the image. The Agent contacted the Rio Grande City Police department for assitance in establishing contact with the residence's occupants. When the officers arrived, the Agent approached the house, knocked and announced himself as law enforcement.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA P. Brostowin

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/S/ Oscar Ortiz
Signature of Complainant

Oscar Ortiz    Border Patrol Agent
Printed Name of Complainant

8/15/21  @ 1:08 p.m.
Date

at   McAllen, Texas
City and State

Juan F. Alanis    , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-21- 1750    -M

RE:    Luciano Elizondo

**CONTINUATION:**

When there was no answer, a Rio Grande City Officer called the property owner and explained the situation and obtained consent to search the house. The Agent knocked again and an adult male who the Agent recognized as "Chano," later identified as Luciano Elizondo, from previous encounters opened the door. Agents and officers entered the house and encountered six people in a room. These six people were determined to be in the United States illegally. Elizondo and the six illegal aliens were arrested and transported to the Rio Grande City Border Patrol Station for processing.

**PRINCIPAL STATEMENT: Luciano Elizondo**

Luciano Elizondo, a United States citizen, was read his Miranda rights in the Spanish language. Elizondo understood his rights but declined to provide a statement.

**MATERIAL WITNESS STATEMENT: Michel Ricardo Perez-Gonzalez**

Michel Ricardo Perez-Gonzalez, a citizen and national of Mexico, was read his Miranda rights in the Spanish language. Perez understood his rights and agreed to provide a sworn statement.

Perez told Agents he crossed the river with four others and was led through the brush by someone in their group using cell phone GPS. While traversing the brush, the group encountered an unknown male that gave them instructions to continue to a stash house. Perez said when they arrived at the house, they waited in a cactus patch adjacent to the property until a male opened the door and told them to get in. Once inside, Perez stated, the male told them where food was for them to cook, and to clean the house.

Perez identified Luciano Elizondo, through a photo lineup, as the male who opened the door and let them in.

**MATERIAL WITNESS STATEMENT: Abdy Odet Poma-Alfaro**

Abdy Odet Poma-Alfaro, a citizen and national of Guatemala, was read her Miranda rights in the Spanish language. Poma understood her rights and agreed to provide a sworn statement.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-21- 1750 -M

**RE:   Luciano Elizondo**

**CONTINUATION:**

Poma stated she made her own smuggling arrangements, paying $12,000. Poma added she crossed the Rio Grande River aboard a raft with seven others. Poma claimed her group was led by a male with a cell phone, walking through brush and under a roadway in a culvert. Poma said her group was instructed to continue to an orange house that was easy to find because it was at the end of the neighborhood. When she arrived to the house, someone from the group knocked on the door and an adult male opened and told them to get into a bedroom and be quiet.

Poma identified Luciano Elizondo, through a photo lineup, as the male who opened the door and told the group to get into the house.